GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**GREGORY WADE SR**

Crim. No. 3:21-CR-37-001(CAR)

On November 9, 2022, Greogry Wade, Sr. was committed to the Bureau of Prisons for 41 months, followed by three years supervised release, for Possession with Intent to Distribute Cocaine Base and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

On December 23, 2024, Wade's term of supervised release commenced in the Northern District of Georgia. Wade has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E*, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. Accordingly, it is recommended he be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 6 day of August, 2026.

C. Ashley Royal
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE